**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST JOSHUA DEMOYNTE PETERS** | **MJ- 26-323** |

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, William Elliott, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I am making this affidavit in support of a criminal complaint for Joshua Demoynte PETERS.

1. I am a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the Mobile Field Office, Southern District of Alabama. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I am also certified by the Alabama Police Officer Standards and Training Commission ("APOSTC") as a law enforcement officer as defined in Alabama 36-21-40 and as a part of my sworn duties is to investigate, apprehend, and assist in the prosecution for violations of Alabama Criminal Laws found in Title 13A among other violations not specified as a part of the Criminal Code of Alabama.

2. I have been a Task Force Officer with the ATF since December of 2025. I am currently employed by the Mobile Police Department as a detective in the Tactical Intelligence Unit and have been employed in that capacity since October of 2025. I have been employed by the Mobile Police Department since 2021. During the initial two years of my tenure, I was assigned

to the 3rd Precinct, an area historically recognized for significant illegal drug activity and the distribution of controlled substances. I subsequently served approximately one year in the Crime Detail Unit, where my responsibilities included proactively targeting high-crime and drug-infested areas. This assignment resulted in numerous drug-related arrests. In December 2023, I transferred to the Gang Intelligence Unit within the City of Mobile. This proactive Street Crimes Unit focused on suppressing gang-related crime, and during my time there, I made numerous arrests involving narcotics and firearms. After serving nearly two years in the Gang Unit, I transitioned to the Mobile Police Department's Tactical Intelligence Unit in October 2025.

3. My professional development includes specialized training in street-level narcotics enforcement. In May 2024, I attended a Street Crimes Training course in Orlando, Florida, which emphasized identifying high-crime areas, drug trafficking patterns, and dismantling drug organizations. In August 2025, I completed training at the National Gang Crime Research Center in Chicago, Illinois, earning certifications in Gang Homicide Investigations, Gangs Involving Guns and Drugs, and Basic Gang Training. I am familiar with methods employed by narcotics traffickers, distributors, smugglers, and users. My duties and responsibilities as a Task Force Officer include conducting criminal investigations of individuals and entities for possible violations of Federal laws, particularly those laws found in Title 18 and Title 21 of the United States Code. I also have a duty and responsibility to conduct investigations into violations of the Criminal Code of Alabama.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C § 922(o), *Illegal Possession of a Machinegun*, 18 U.S.C. § 1343, *Federal Wire Fraud*, 18 U.S.C. § 1952(a)(3), *Using an Interstate Facility With Intent to Otherwise Promote, Manage, Establish, Carry On, or Facilitate the Promotion, Management, Establishment, or Carrying On of Any Unlawful Activity*, 18 U.S.C. § 922(a)(1)(A), *Dealing in Firearms Without a License,* and 18 U.S.C. § 875(c), *Transmission of an Interstate Threat* among other violations, have been committed by Joshua Demoynte PETERS ("PETERS") in the Southern District of Alabama.

**FACTS ESTABLISHING PROBABLE CAUSE**

6. The ATF and other federal, state, and local agencies have been investigating the recent acquisition, possession, and use of Machinegun Conversion Devices ("MCD") in the Southern District of Alabama. Title 18 U.S.C. § 922(o) makes it a federal crime for "any person to transfer or possess a machinegun." 26 U.S.C. § 5845(b) of the National Firearms Act defines a machinegun as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or a combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." Under this definition, a Glock "switch" is a part which converts a semi-automatic pistol into a fully automatic firearm and is thus a machinegun as defined by federal law.

7. In January of 2026, Affiant observed a video posted to known Facebook and Instagram accounts belonging to and utilized by PETERS. The Facebook account was "Kiing

Raven[1]," and the Instagram account was "kingraven251."[2] Investigation has confirmed "King Raven" to be a moniker used by PETERS. Information gathered from Facebook and Instagram subpoena returns and search warrants authorized by this Court have confirmed both accounts belong to PETERS. For instance, the associated phone number to both accounts is a number known to be utilized by PETERS. This phone number was confirmed by AT&T to belong to PETERS in February of 2026. Additionally, both Instagram and Facebook returns list PETER's confirmed date of birth, and the accounts are riddled with photographs and videos of a person whom we know to be PETERS.

8. The aforementioned video was posted on December 31, 2025, to PETERS'S Facebook profile, "Kiing Raven." During the video, PETERS is seen firing, what I know from training and experience, to be a weapon consistent with a fully automatic firearm. Notably, PETERS was wearing a jacket with "MOBILE, AL COP KILLER" displayed on the back. During the video, PETERS refers to himself as "Raven" and Josh." Still shots captured from the video are included below.

[1] https://www.facebook.com/profile.php?id=61584741931702
[2] https://www.instagram.com/kingraven251




9. In that same video, the location shown is believed to be 3711 Autumndale Drive, Mobile AL, PETERS'S registered address on his Alabama driver's license. Investigation has confirmed the address to be the Autumndale residence as in the video it shows PETERS at a dead-end street consistent with where his residence is located, the video shows a guardrail that blocks the adjacent vacant lot at the dead end of Autumndale Drive, and the video shows a shed which is situated on PETERS property just to the east of his residence.

10. Investigation into PETERS revealed that he was not only in possession of a machine gun conversion device (MCD), but that he was actively selling them and utilizing the same two previously mentioned social media accounts to do so—but masking the MCDs as "keychains" for sale. On his accounts, PETERS linked his shopify[3] account which directed users to a separate page where they could purchase the MCDs. For instance, PETERS posted on Facebook account

[3] Shopify is a cloud-based e-commerce platform that a user can utilize to start and operate an online store and manage customer payments.

"Kiing Raven," on January 28, 2026, at 14:53 UTC. In the post, PETERS captioned "Don't call em switches call em switch keychains, throw the FEDs off."

11. On the same date PETERS posted "Website finna be up in a min. Link in my bio and yes it's the real deal. Glock Switches." Another notable post was to PETERS Instagram, "Kingraven251," on or about February 12, 2026. The Instagram story captioned, "Get at me guys they shipping straight to you Glock gen1-5" and depicted in the photos are the components needed to make a MCD "Glock switch." These postings are included below.







12. After seeing the aforementioned video, Affiant contacted a Confidential Informant (CI) with the Mobile Police Department. This CI has provided reliable, corroborated information to Affiant in the past. Under my direction and supervision, the CI reached out to PETERS on Facebook regarding purchasing an MCD. PETERS was responsive and agreed to sell an MCD to the CI for $300. PETERS agreed to meet the CI at the Walmart located at 101 East I-65 Service Roud South Mobile, AL 36606 on February 12, 2026, to sell the CI an MCD.

13. Before the purchase, detectives met the CI at the predetermined location. Affiant provided the CI with prerecorded US currency ($300) to make the controlled buy and a video and audio recording device. The CI left the predetermined location and traveled to Walmart located at 101 East I 65 Service Road South. PETERS told the CI to meet him there. Affiant followed the CI to the location. Affiant observed the CI arrive at 101 East I 65 Service Road South. Affiant observed PETERS arrive in his 2018 yellow Chevy Camaro bearing AL tag DJW294. PETERS exited his vehicle and walked to the CI's vehicle. After some time, Affiant observed PETERS walking back to his vehicle and the CI leave. The CI met detectives back at the predetermined location.

14. Affiant retrieved the MCD from the CI and the video/audio recording device. Affiant observed three pieces of the MCD—a disconnector, a conversion back plate, and a selector rod. Affiant later watched the video/audio recording of the controlled buy. During my review of the recording, PETERS can be heard telling the CI "that's all three pieces that's the sear, the button and the what you call." Through my training and experience, I know the word "button" to be a slang word that refers to the selector on the MCD. The selector rod acts as a "button," and it allows shooter to toggle between semi-automatic and fully automatic.

15. ATF Firearms Enforcement Officer (FEO), who commonly examines MCDs and has been qualified as an expert in federal court on MCDs, confirmed that the purchased MCD from PETERS is considered a machinegun. Pictures of the MCD are included below.



16. On or about March 3, 2026, under the supervision of ATF, another CI, “CI-2,” contacted PETERS to purchase an MCD. CI-2 was able to contact PETERS via his Facebook Page “Kiing Raven.” As previously mentioned, the investigation had revealed that PETERS was selling MCDs, advertised as Glock switch keychains, on his Facebook Page with a link to his Shopify Account. The MCDs were advertised for sale in pairs of two for $660.00.

17. On April 5, 2026, CI-2 contacted PETERS to further discuss the MCD transaction. PETERS and CI-2 agreed to meet on April 6, 2026, at Top Golf located at 1250 Satchel Paige Drive, Mobile AL. On April 6, 2026, CI-2 met ATF agents at a predetermined location. CI-2 and their vehicle were searched for contraband with negative results. CI-2 was equipped with surveillance equipment to capture the MCD purchase with PETERS. CI-2 was also provided with pre-recorded funds for the purchase of two (2) MCDs from PETERS for $660.00—the agreed upon price and price advertised by PETERS on social media. At approximately 1:00 p.m. on April 6, 2026, CI-2 purchased two MCDs for $660.00 from PETERS. The transaction between C-2 and PETERS was observed by multiple surveillance units and was recorded and placed into ATF evidence.

18. On or about April 9, 2026, ATF received and reviewed records received from Shopify inc. pursuant to a Subpoena for PETERS'S Shopify Account, king-ravens-keychains.myshopify.com. This account was linked to PETERS'S aforementioned social media accounts. In the "Shop Contact Details" of the Shopify records, PETERS provided his name as Joshua PETERS with a home address of 3711 Autumndale Drive, Mobile, AL 36618.

19. Throughout the spring of 2026, various postings were observed on PETERS'S accounts advertising MCDs for sale in pairs of two for $660.00, along with the visible link to PETERS'S shopify account. Specifically, on April 14, 2026, Affiant observed that PETERS was still selling MCDs, advertised as Glock switch keychains on his Facebook Page with a link to his Shopify Account. As part of the investigation into the same, on April 14, 2026, Affiant created an undercover (UC) Shopify account and g-mail account[4]. Affiant contacted PETERS from the UC account on above listed date. The email I was in communicating with PETERS through was kingraven078@gmail.com, the e-mail posted to his Shopify page. In the Staff Account Records of the Shopify records return, PETERS listed his email address as kingraven078@gmail.com. Also, in the search warrant return for PETERS'S Instagram Account, "Kingraven251," kingraven078@gmail.com is the verified registered email address.

20. Affiant and PETERS communicated back and forth through email discussing the MCD transaction. Inquiry was made into the legitimacy of the MCD, and PETERS stated that the advertised "Glock switch keychains" were real Glock switches and that the advertisement was not a scam. On July 13, 2026, Affiant ordered two MCDs from PETERS'S Shopify account for $660. Affiant utilized investigative funds and a designated P.O. Box for the shipping address and a confirmation of the order was received via g-mail. On July 27, 2026, PETERS contacted Affiant

[4] Gmail is Google's free email service that lets you send, receive, and manage electronic messages online.

and stated he needed another address to send the MCDs to, due to FedEx not being able to send it to a P.O. box. In response, Affiant changed the shipping address to a vacant apartment address within Mobile County.

21. On August 9, 2026, FedEx delivered the package to the designated vacant apartment address within Mobile County. An investigator with the Mobile Police Department responded to the location and retrieved the package. Within the package, was the completed order from PETERS: two machine gun conversion devices, pictured below. The picture shows the MCDs packaged amongst screws.



22. ATF Firearms Enforcement Officer (FEO), who commonly examines MCDs and has been qualified as an expert in federal court on MCDs, confirmed the two purchased MCDs from PETERS are considered machineguns.

23. A short time later, on August 30, 2026, PETERS posted a video on his known Facebook and Instagram accounts. In the video, PETERS is seen at the Mobile's Public Safety Memorial Park located at 2301 Airport Blvd, Mobile, AL 36606. This park has a large grave style headstone with a list of fallen Police Officers from Mobile County who were killed in the line of duty. In front of the list of names, there is a statue of an Officer taking a knee and bowing his head. This represents an Officer who is still alive mourning the loss of Officers who were killed in the line of duty.

24. During the video, PETERS shows the viewer the head stone memorial and the statue. PETERS is seen walking up to the statue that represents the mourning and alive Officer. PETERS audibly states, "man I'll blow your mother fucking head off, bitch ass mother fucker." At the same time PETERS is heard saying that statement, he produces a handgun with his right hand. PETERS holds the handgun to the statue's head with his index finger on the trigger. PETERS then states, "here put this on mother fucker" and proceeds to place the same previously mentioned "MOBILE AL COP KILLER" jacket on the back of the statue.

25. During the same video, PETERS leaves the jacket on the statue and walks to the memorial headstone. PETERS zooms in on the names of the recent officers killed in the line of duty and states "my partner killed this cracker Sean Tuder… We kilt him… We kill police Officers man… I'll kill a Police Officer." PETERS captioned the video "W smash police officer pigs (pig emoji)". Below are screen shots from the video.


22:08
◂ Messages
4
4
1
big_raven_251
Tonio Armani · Help
Follow
We smash police officer pigs ...


22:09
◂ Messages
MOBILE.A
COP
KILLER
4
4
1
big_raven_251
y Drawls Tonio Armani
Follow
We smash police officer pigs ...


22:09
◂ Messages
ORCEMENT OFFICERS
NE OF DUTY
Mobile Police Department Officer
Mobile Police Department Officer
Mobile County Court Police Officer
Mobile Police Department Officer
Mobile Police Department Officer
Prichard Police Officer
Mobile Police Department Officer
Saraland Police Officer
Mobile Police Department Officer
Mobile Police Department Officer
Mobile Police Department Officer
Mobile Police Department Officer
4
4
1
big_raven_251
Armani · Help Me Find M
Follow
We smash police officer pigs ...

26. PETERS has made other such statements on social media similar to this. For instance, on December 29, 2025, PETERS posted on his Facebook, “And I can’t do jail I rather up fi on and officer, rest in piss Sean Tuder.” On January 5, 2026, PETERS made a post on Facebook reposting a WKRG new article about a Semmes Police Officer involved shooting. PETERS stated, “Damn I wanna get in on the action now, I wanna police officer under my belt.”






**CONCLUSION**

27. Accordingly, your affiant respectfully requests that upon a finding of probable cause the Court issue a criminal complaint and accompanying arrest warrant for PETERS for violations of 18 U.S.C § 922(o), *Illegal Possession of a Machinegun*, 18 U.S.C. § 1343, *Federal Wire Fraud*; 18 U.S.C. § 1952(a)(3), *Using an Interstate Facility With Intent to Otherwise Promote, Manage, Establish, Carry On, or Facilitate the Promotion, Management, Establishment, or Carrying On of Any Unlawful Activity*; 18 U.S.C. § 922(a)(1)(A), *Dealing in Firearms Without a License;* and 18 U.S.C. § 875(c), *Transmission of an Interstate Threat*.

Respectfully submitted,

William Elliott

William D. Elliott
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B)
THIS 24th DAY OF SEPTEMBER 2026

P. Bradley Murray Digitally signed by P. Bradley Murray
Date: 2026.09.24 16:14:41 -05'00'

P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE